**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Irene S. Fenstermacher,<br>     aka Irene Sabrina Fenstermacher,<br>     aka Irene S. Butkiewicz<br><br>                  **Debtor(s)** | **BK NO. 17-04308 JJT**<br><br>**Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594