```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04308-JJT
Irene S. Fenstermacher                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5              User: MMchugh            Page 1 of 1            Date Rcvd: Dec 06, 2017
                                  Form ID: pdf010          Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +Irene S. Fenstermacher,    116 Husson Road,    Milford, PA 18337-7155
4980716         Blue Ridge Communication,    PO Box 316,    Palmerton, PA 18071-0316
4980717        +Bottini Fuel,   6 Sleepy Hollow Road,    Port Jervis, NY 12771-5308
4980718         Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
4980719        +Citibank Home Equity,    1000 Technology Drive,    O Fallon, MO 63368-2239
4980720        +Compucredit,   PO Box 105555,    Atlanta, GA 30348-5555
4980721        +Macys,   PO Box 8218,    Mason, OH 45040-8218
4980722        +Nationstar Mortgage,    PO Box 60518,    City of Industry, CA 91716-0518
4980723         Payment Processing,    PO Box 790317,    Saint Louis, MO 63179-0317
4980724         Tri County Eye Ear, Nose & Throat,    650 Park Street,    Honesdale, PA 18431-1470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4996913         E-mail/PDF: cbp@onemainfinancial.com Dec 06 2017 18:51:12      ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4990271         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 19:09:58
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4981152        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 06 2017 18:58:22
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4980725         E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2017 18:51:11      Walmart/GEMB,   PO Box 530927,
                  Atlanta, GA 30353-0927
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Irene S. Fenstermacher pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                              TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Irene S. Fenstermacher**<br>aka Irene Sabrina Fenstermacher<br>aka Irene S. Butkiewicz | Chapter: 13 |
| Debtor(s) | Case No.: 5:17-bk-04308-JJT |

## ORDER DISMISSING CASE

It appearing that the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

Dated: December 06, 2017

By the Court,

_John J. Thomas_
John J. Thomas, Bankruptcy Judge    (RPR)